PROB 12C
(7/93)

Report Date: June 26, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JUN 26 2013**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ubaldo Flores-Gonzalez         Case Number: 2:08CR02143-001

Address of Offender: Central Arizona Correctional Facility, Florence, Arizona

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 18, 2009

Original Offense: Alien in United States After Deportation, 8 U.S.C. § 1326(a)

Original Sentence: Prison - 41 Months;          Type of Supervision: Supervised Release
                  TSR - 36 Months

Asst. U.S. Attorney: TBD                         Date Supervision Commenced: November 7, 2011

Defense Attorney: Rick Lee Hoffman               Date Supervision Expires: November 6, 2014

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On June 21, 2013, a criminal complaint was filed under case number 4:13M27342, with U.S. District Court for the District of Arizona, charging the defendant with count 1: Illegal Reentry After Deportation and count 2: Alien Eluding Examination and Inspection by Immigration Officers of the U.S., in violation of 8 U.S.C. §§ 1326(a) and (b)(2) and 1325. |
| | According to the complaint, on June 18, 2013, U.S. Border Patrol agents discovered the defendant in the U.S. at or near Ajo, Arizona. Upon questioning, the defendant admitted to entering the U.S. from Mexico illegally. The defendant failed to apply for permission from the proper authorities to reenter the U.S. |

On the same day the complaint was filed, in the U.S. District Court, for the District of Arizona, Mr. Flores-Gonzalez entered a guilty plea to count 2 of the complaint, Alien Eluding Examination and Inspection by Immigration Officers of the U.S., a petty offense, in violation of 8 U.S.C. § 1325. Count 1 of the complaint, Illegal Reentry After Deportation, a felony, in violation of 8 U.S.C. § 1326(a) and (b)(2) was dismissed.

On June 21, 2013, the defendant was sentenced in the District of Arizona, to 180 days imprisonment. He is currently in custody at Central Arizona Correctional Facility, Florence, Arizona. The Court recommended, the defendant serve his sentence in Seattle, Washington. His projected release date is unknown at this time.

2   **Special Condition # 14**: You are prohibited from returning to the U.S. without advance legal permission from the U.S. Attorney General or his designee. Should you reenter the U.S., you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: The defendant illegally reentered the U.S. without permission on June 18, 2013, as noted in violation 1. According to the criminal complaint from the District of Arizona, the defendant was deported to Mexico on November 7, 2011, at San Ysidro, California, and failed to obtain permission to reenter the U.S.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/26/2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

June 26 2013
Date